**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Catherine Louise Stagg
Attorney at Law
426 Kirby Street, Ste A
Lake Charles LA 70601

**REHEARING ACTION: June 24, 2009**

**Docket Number: 08   01421-CA**

**BRANDON BELLOW**
**VERSUS**
**JENNIFER R. PRIMEAUX**

**Appealed from Calcasieu Parish Case No. 20082874**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jennifer R. Primeaux** has this day been

**DENIED.**
Ezell, J., would grant.

cc: Edward King Alexander, Jr., Counsel for the Appellant